UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHNNY ANDREW MOORE,

    Plaintiff,

v.

S. HATTON, et al.,

    Defendants.

Case No. 17-03696 BLF (PR)

**JUDGMENT**

The Court has granted Defendants' motions to dismiss, and dismissed all claims in this action. Judgment is entered accordingly.

**IT IS SO ORDERED.**

**Dated:** _____6/26/2018_____

    BETH LABSON FREEMAN
    United States District Judge